IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF | § | |
| ELECTRICAL WORKERS LOCAL UNION | § | |
| NO. 527 PENSION PLAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-669 |
| | § | |
| ALTEC ELECTRICAL, INC. | § | |

### FINAL JUDGMENT

On October 15, 2007, this cause was heard by the Court, without a Jury, with the consent of the Parties pursuant to 28 U.S.C. § 636(c). The issues were tried and Finding of Facts and Conclusions of Law were issued.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, International Brotherhood of Electrical Workers Local Union No. 527 Pension Plan, **RECOVER** of Defendant, Altec Electrical, Inc., **the sum of $170.207.00** with pre-judgment interest thereon at the rate of **6%** per annum and post-judgment interest thereon at the rate of **4.14%**, reasonable attorneys fees and all costs of action.

**DONE** at Galveston, Texas, this ____23rd____ day of October, 2007.

_____
John R. Froeschner
United States Magistrate Judge